IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VALENTINE AKPA, | |
| Plaintiff, | Case No. 1:18-cv-07512 |
| v. | Judge John Z. Lee<br>Magistrate Judge Sunil R. Harjani |
| NORTHWESTERN MEMORIAL HEALTHCARE, NORTHWESTERN MEMORIAL HOSPITAL, | |
| Defendants. | |

**UNOPPOSED MOTION TO STRIKE PLAINTIFF'S EXHIBITS TO REPLY TO DEFENDANTS' REPSONSE TO MOTION FOR RECONSIDERATION**

Defendants, Northwestern Memorial Healthcare ("NMHC") and Northwestern Memorial Hospital ("NMH") (collectively, "Defendants"), move to strike the Exhibits filed by Plaintiff in support of his Reply in support of his Motion for Reconsideration. In support of the Motion, Defendants' state as follows:

On July 18, 2019, Plaintiff filed a motion to compel the deposition of the four individuals who were hired into the Clinical Pastoral Education ("CPE") Resident position that Plaintiff sought at NMH. (Docket No. 67). On August 5, 2019, Magistrate Judge Rowland, to whom the case was then assigned for supervision of discovery, denied Plaintiff's Motion to Compel. (Docket No. 72). Plaintiff thereafter moved to reconsider Magistrate Judge Rowland's Order. (Docket No. 77), and the Court ordered briefing on the Plaintiff's motion. (Docket No. 83).

Pursuant to the Court's order, Plaintiff filed his Reply in support of his Motion for Reconsideration on September 23, 2019. (Docket No. 108). In his Reply, Plaintiff cited to a

number of documents that had been produced by Defendants in discovery, including documents that had been marked as Confidential pursuant to the Confidentiality Order entered in this case. (Docket No. 85). Plaintiff advised in footnote 2 on page 4 of his brief that he was providing the referenced exhibits directly to the courtroom deputy pursuant to the Confidentiality Order entered in this litigation.

However, on September 26, 2019—which was the day after the Court issued its ruling on Plaintiff's motion for reconsideration—the parties received notification that the exhibits to Plaintiff's motion had been filed in the public record. (Docket No. 110). Plaintiff has not challenged the Confidentiality designation, and counsel for Plaintiff has confirmed that Plaintiff did not intend for the exhibits to be filed.

Defendant therefore respectfully requests that the Court strike the exhibits filed at Docket No. 110 from the record in this matter. Defendant has consulted with Plaintiff, through his appointed counsel, and Plaintiff does not object to this Motion or to the relief requested.

Dated: September 27, 2019

        Respectfully submitted,

        NORTHWESTERN MEMORIAL HEALTHCARE
        AND NORTHWESTERN MEMORIAL HOSPITAL

        By:    s/Becky L. Kalas
                Attorney for the Defendant
                Becky L. Kalas
                IL ARDC #: 6279983

Craig R. Thorstenson
cthorstenson@fordharrison.com
Becky L. Kalas
bkalas@fordharrison.com
FORD & HARRISON LLP
180 N. Stetson Ave., Suite 1660
Chicago, IL 60601
Phone: (312) 332-0777
Fax: (312) 332-6130

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing **UNOPPOSED MOTION TO STRIKE PLAINTIFF'S EXHIBITS TO REPLY TO DEFENDANTS' REPSONSE TO MOTION FOR RECONSIDERATION** was filed electronically with the Northern District of Illinois on September 27, 2019, and is available for viewing and downloading from the Electronic Case Filing (ECF) System.

Service of this MOTION was accomplished electronically through the ECF System on the following ECF registered filing users:

Valentine Akpa (Vandsuit2018@gmail.com )
Alastar S. McGrath (amcgrath@kwmlawyers.com)

                        s/Becky L. Kalas
                        Attorney for the Defendants
                        Becky L. Kalas
                        IL ARDC #: 6279983

Craig R. Thorstenson
cthorstenson@fordharrison.com
Becky L. Kalas
bkalas@fordharrison.com
FORD & HARRISON LLP
180 N. Stetson Ave., Suite 1660
Chicago, IL 60601
Phone: (312) 332-0777
Fax: (312) 332-6130
WSACTIVELLP:10703346.1