IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VALENTINE AKPA, | |
| Plaintiff, | Case No. 1:18-cv-07512 |
| v. | Judge Charles P. Kocoras |
| | Magistrate Judge Gabriel A. Fuentes |
| NORTHWESTERN MEMORIAL HEALTHCARE, NORTHWESTERN MEMORIAL HOSPITAL, | |
| Defendants. | |

**DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S LR 56.1(b)(3) STATEMENT OF ADDITIONAL FACTS**

Defendants Northwestern Memorial Healthcare and Northwestern Memorial Hospital respectfully move the Court to Strike Plaintiff's Local Rule 56.1(b)(3) Statement of Additional Facts, as discussed in detail below, for failure comply with the applicable Local Rules of this Court. In support of this Motion, Defendants state as follows:

1. On October 13, 2022, the Clerk of Court entered, among other filings in this matter, Plaintiff's Additional Statement of Facts in opposition to Defendants' Motion for Summary Judgment.

2. Local Rule 56.1(d)(5) provides, in relevant part, that "[a] movant's LR 56.1(a)(2) statement of material facts must not exceed 80 numbered paragraphs. An opposing party's LR 56.1(b)(3) statement of additional facts must not exceed 40 numbered paragraphs. A party must seek the court's permission before exceeding these limits."

3. Notwithstanding the Local Rule, Plaintiff has submitted a Statement of Additional Facts that includes 136 numbered paragraphs. See Dkt. No. 304.

4. Furthermore, Local Rule 56.1(d)(2) and (3), in conjunction, require that asserted facts must be supported by citations to evidentiary material, and that such evidentiary material be included as numbered exhibits with the statement of fact. Giving Plaintiff some benefit of the doubt, Exhibits under Tabs A and H appear to have been filed with the filing of his Memorandum in Opposition to Defendants' Motion for Summary Judgment on October 13, 2022. But although Plaintiff cites in his Statement of Additional Facts to Exhibits under Tabs B, C, D, E, F, and G, no such exhibits have been attached to his fact statement or any other document filed with his response. Dkt. Nos. 304, and 306, pp. 146-149.

5. In Plaintiff's Statement of Additional Facts, other than Paragraphs 49-51, 58-59, 68-70, 77, 79-83, 86, and 132; Plaintiff's numbered paragraphs cite to materials that were not filed with any document filed with his Opposition to Defendants' Motion for Summary Judgment.

6. Plaintiff's failure to comply with the Local Rules is not excused by his *pro se* status. *See, e.g.*, *Cady v. Sheahan*, 467 F.3d 1057, 1061 (7th Cir. 2006); *Perez v. Chicago Board of Education*, Case No. 10-CV-7594, 2013 WL 12114074, *1 (N.D. Ill. Aug. 2, 2013). *See also*, Dkt. No. 264 ("Notice to Pro Se Litigant Opposing Motion for Summary Judgment by Northwestern Memorial Healthcare, Northwestern Memorial Hospital,") and *Morris v. City of Chicago*, 545 Fed. Appx. 530, 531-32 (7th Cir. 2013) (Notice required under Rule 56.2 was "flawed," but there was no legal effect where no prejudice to plaintiff resulted, as shown by plaintiff's filing of documents, including his affidavit, in opposition).

WHEREFORE, Defendants Northwestern Memorial Healthcare and Northwestern Memorial Hospital respectfully request this Court to strike Plaintiff's Additional Statement of Facts.

Respectfully submitted,

NORTHWESTERN MEMORIAL HEALTHCARE
AND NORTHWESTERN MEMORIAL
HOSPITAL

By:    s/Becky L. Kalas
       Attorney for the Defendant
       Becky L. Kalas
       IL ARDC #: 6279983

Craig R. Thorstenson
cthorstenson@fordharrison.com
Becky L. Kalas
bkalas@fordharrison.com
FORD & HARRISON LLP
180 N. Stetson Ave., Suite 1660
Chicago, IL 60601
Phone: (312) 332-0777
Fax: (312) 332-6130

Dated: October 18, 2022

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the above **DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S LR 56.1(b)(3) STATEMENT OF ADDITIONAL FACTS** was filed electronically with the Northern District of Illinois on October 18, 2022, and is available for viewing and downloading from the Electronic Case Filing (ECF) System.

      Service of this MOTION was accomplished electronically through the ECF System on the following ECF registered filing users:

Valentine Akpa (Vandsuit2018@gmail.com)

s/*Becky L. Kalas*
Attorney for Defendants
Becky L. Kalas
IL ARDC #: 6279983

Becky L. Kalas
bkalas@fordharrison.com
FORDHARRISON LLP
180 N. Stetson Ave., Suite 1660
Chicago, IL 60601
Phone: (312) 332-0777
Fax: (312) 332-6130

WSACTIVELLP:13501640.1

4